

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2013

No. 04-12-00142-CV

**CITY OF LEON VALLEY ECONOMIC DEVELOPMENT CORPORATION**,
Appellant

v.

Larry **LITTLE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17823
Honorable Peter A. Sakai, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of this appeal are taxed against Appellant Leon Valley Economic Development Corporation.

It is so **ORDERED** on June 19, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2013.

_____
Keith E. Hottle, Clerk